1

2

3 UNITED STATES DISTRICT COURT

4 DISTRICT OF NEVADA

5 * * *

6 RONALD JOSEPH ALLISON,      Case No. 2:23-cv-01104-RFB-EJY

7             Plaintiff,      **ORDER DISMISSING AND CLOSING**

8     v.                              **CASE**

9 ERIC JOHNSON, et al.,

10             Defendants.

11

12      <u>Pro se</u> Plaintiff Ronald Allison, an inmate housed at Clark County Detention

13 Center, initiated this action on July 14, 2023, by filing a document titled "Civil Action

14 Complaint." (ECF No. 1-1). Allison also filed a request to be sent an application to proceed

15 <u>in forma pauperis</u>. (ECF No. 2). On August 25, 2022, United States District Judge Cristina

16 D. Silva declared that Allison was a vexatious litigant under the All Writs Act, 28 U.S.C.

17 § 1651(a), and enjoined him from filing "any complaint, petition or other document" in this

18 Court "that relates to initiating litigation as a <u>pro se</u> litigant without first obtaining pre-filing

19 permission from the Chief Judge of this Court." <u>Allison v. U.S. Courts Clerks Office</u>, Case

20 No. 2:22-cv-01114-CDS-EJY, ECF No. 4 (D. Nev. Aug. 25, 2022) (attached as

21 Addendum A). Allison's filings in this action do not comply with Judge Silva's pre-filing

22 injunction order. (<u>See</u> ECF Nos. 1-1, 2).

23      It is therefore ordered that this action is dismissed without prejudice in its entirety

24 based on Ronald Joseph Allison's failure to comply with the pre-filing requirements that

25 apply to him.

26      It is further ordered that the request for an application to proceed <u>in forma pauperis</u>

27 (ECF No. 2) is denied as moot.

28

The Clerk of the Court is directed to enter judgment accordingly and close this case. No other documents may be filed in this now-closed case. If Ronald Joseph Allison wishes to seek permission to file a new case in this Court, he must comply with the pre-filing requirements that are set forth in the attached order.

DATED: <u>August 16, 2023</u>

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE